IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00874-RPM-GJR

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

                Plaintiff,

v.

FOREMOST RESPONSE, INC., and
JERALD SUTTON, individually,

      Defendants.

_____

## ORDER ADOPTING FINDINGS OF FACT, CONCLUSIONS AND RECOMMENDATION OF MAGISTRATE JUDGE

_____

Pursuant to the Findings of Fact, Conclusions and Recommendation filed by Magistrate Judge Gudrun J. Rice on May 29, 2008, finding that the consent injunction submitted to the Court and referred to Magistrate Judge Rice has been acknowledged by the defendant Jerald Sutton, individually and on behalf of his corporation Foremost Response, Inc., with the advice of counsel and that the parties have agreed to a modification of the payment schedule contained in the proposed consent injunction, it is now

ORDERED that the findings of fact, conclusions of law and recommendation of Magistrate Judge Gudrun Rice, filed May 29, 2008, are accepted and incorporated by this reference and it is

FURTHER ORDERED that the plaintiff shall submit an order for injunctive relief, pursuant to this order.

Dated: June 2nd, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge