IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00874-RPM-GJR

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

        Plaintiff,

v.

FOREMOST RESPONSE, INC., and
JERALD SUTTON, individually,

    Defendants.

_____

## ORDER
_____

    Upon review of the motion for extension of time to respond to the Petition for Contempt Adjudication [15], filed by Respondents Foremost Response, Inc. and Jerald Sutton, it is

    ORDERED that the Motion is GRANTED.  Respondents shall have up to and including August 18, 2011, to respond to the Petition for Contempt Adjudication.

    Dated:   August 15th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge