IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00874-RPM

HILDA SOLIS, Secretary of Labor,
United States Department of Labor,

    Petitioner,

v.

FOREMOST RESPONSE, INC. and
JERAD SUTTON, individually,

    Respondents.

_____

ORDER FOR HEARING
_____

On February 21, 2012, the parties filed a Joint Status Report, advising that no settlement has been reached and that a deposition of respondent Jerad Sutton would be scheduled.  This status report does not indicate when the parties will be ready for hearing on the Petition for Contempt Adjudication, filed July 15, 2011.  It is now

ORDERED that a hearing will be held on April 12, 2012 at 10:00 a.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, to set the petition for hearing.

DATED: March 29th , 2012

                                                                                         BY THE COURT:

                                                                                         s/Richard P. Matsch
                                                                            _____
                                                                            Richard P. Matsch, Senior District Judge