# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 April 12, 2012
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Ellen Miller

_____

Civil Action No. 08-cv-00874-RPM

HILDA SOLIS,                                                    Lydia A. Tzagoloff
Secretary of Labor United States Department of Labor,

    Petioner,

v.

FOREMOST RESPONSE, INC., and                                    Brett C. Painter
JERALD SUTTTON,

    Respondents.

_____

## COURTROOM MINUTES
_____

**Hearing on Petition for Contempt**

**10:00 a.m.**        **Court in session.**

Plaintiff's client representative Amy Debisschop present.

Court's preliminary remarks and states its understanding and view of the case**.**

Statement by Ms. Tzagoloff.
Statements by Mr. Painter.

**ORDERED:    Motion to Compel Deposition of Respondent Jerald Sutton [23] is moot.
Plaintiff shall file an amended complaint by April 20, 2012
Defendant shall respond by May 11, 2012.
Scheduling Conference is set for June 1, 2012 at 2:00 p.m.**

**10:23 a.m.**        **Court in recess.**

Hearing concluded.  Total time:   23  min.